IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LEWIS, | CIVIL ACTION NO. 1:CV-00-0436 |
| Plaintiff | |
| v. | FILED<br>HARRISBURG, PA<br>Feb 1, 2002 |
| DOMINIK DEROSE, *et al.*, | |
| Defendants | MARY E. D'ANDREA, CLERK<br>PER _____ DEPUTY CLERK |

## O R D E R

On February 1, 2002, the court held a pretrial conference in the captioned matter. In accordance with the issues discussed at that meeting, **IT IS HEREBY ORDERED THAT**:

(1) The parties are permitted to file renewed motions for summary judgment by April 4, 2002;

(2) The briefs in support and in opposition to said motions shall be written in fourteen (14) point font and shall not exceed thirty-five (35) pages in length; and

(3) The reply briefs, however, shall be written in fourteen (14) point font and shall not exceed twenty-five (25) pages in length.

(4) The jury trial scheduled to begin on Monday, February 4, 2002 is cancelled.

SYLVIA H. RAMBO
United States District Judge

Dated: February / , 2002.

```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                        February 1, 2002


Re:  1:00-cv-00436    Lewis v. De Rose



True and correct copies of the attached were mailed by the clerk
to the following:


     Don Bailey, Esq.
     4311 N. 6th St.
     Harrisburg, PA  17110

     Samuel C. Stretton, Esq.
     301 South High St.
     P.O. Box 3231
     West Chester, PA  19381

     Frank J. Lavery Jr., Esq.
     Lavery & Associates, P.C.
     301 Market Street
     P.O. Box 1245
     Suite 800
     Harrisburg, PA  17108-1245

     James D. Young, Esq.
     Lavery & Associates, P.C.
     301 Market Street
     P.O. Box 1245
     Suite 800
     Harrisburg, PA  17108-1245



cc:
Judge                        (✓)           ( ) Pro Se Law Clerk
Magistrate Judge             ( )           ( ) INS
U.S. Marshal                 ( )           ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
```

```
Summons Issued            ( ) with N/C attached to complt. and served by:
                               U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5       ( )
Order to Show Cause       ( ) with Petition attached & mailed certified mail
                               to: US Atty Gen  ( )   PA Atty Gen ( )
                                   DA of County ( )   Respondents ( )
Bankruptcy Court          ( )
Other_____    ( )
                                                MARY E. D'ANDREA, Clerk

DATE: __2-1-02__                         BY: _____
                                              Deputy Clerk
```