IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEWIS,                      :        CIVIL ACTION NO. 1:CV-00-0436

              Plaintiff                 :

      v.                                :                **FILED**
                                                  HARRISBURG, PA
DOMINIK DEROSE, *et al.*,                :         APR 3 0 2002

              Defendants                :        MARY E. D'ANDREA, CLERK
                                                 Per

## O R D E R

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for
enlargement of time to file brief in opposition to Defendant's motion for summary
judgment is **GRANTED *NUNC PRO TUNC***.  Plaintiff's brief, filed on April 29,
2002, is deemed timely.

SYLVIA H. RAMBO
United States District Judge

Dated: April  30 , 2002.