IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CHRISTOPHER LEWIS,** : CIVIL NO. 1:CV-00-0436

    Plaintiff :

v. :

**DOMINICK DEROSE,** *et al.,* :

    Defendants :

FILED AUG 1 9 2002 HARRISBURG, PA DEPUTY CLERK

O R D E R

**IT IS HEREBY ORDERED THAT** jury selection in the captioned action is continued from October 7, 2002 to **Tuesday, October 15, 2002 at 9:30 a.m.** in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

SYLVIA H. RAMBO
United States District Judge

Dated: August 19, 2002.