

225 Market Street
Suite 304 • P.O. Box 1245
Harrisburg, PA 17108 - 1245
(717) 233 - 6633
Fax: (717) 233 - 7003
e-mail: attys@laverylaw.com
www.laverylaw.com

August 23, 2002

The Honorable Sylvia H. Rambo
U.S. District Courthouse
228 Walnut Street
PO Box 983
Harrisburg, PA 17108



RE: Lewis, C. v. Dauphin Co., et al
   Our File No: 345-000966
   Court/Docket No: CV-00-0436

Dear Judge Rambo:

   I am in receipt of your Order of August 19, 2002 moving jury selection in this matter until October 15, 2002. The day after receipt of your order via fax, I received the enclosed correspondence of August 16, 2002 from Warden DeRose indicating two conflict matters involving the defendants in the month of October. The first involving Defendant Hohney is resolved through Your Honor's Order moving jury selection. However, the second, Warden DeRose's mandatory training is still an issue. This letter is to inquire as to whether it would be possible to move the case to October 17, 2002 given this conflict.

   Your Honor's kind attention to this request is certainly appreciated.

   Very truly yours,

   Frank J. Lavery, Jr.

FJL/mlr

Enclosure

cc: Warden DeRose (Confidential) (w/out encl.)
    Don Bailey, Esquire (w/out encl.)

# DAUPHIN COUNTY PRISON



**Commissioners**
JOHN D. PAYNE, Chairman
LOWMAN S. HENRY
ANTHONY M. PETRUCCI

**Chief County Administrator/
Chief Clerk**
ROBERT BURNS

**Warden**
DOMINICK L. DeROSE

**Deputy Warden/Support**
JAMES M. DeWEES

**Deputy Warden/Treatment**
ELIZABETH A. NICHOLS

**Deputy Warden/Security**
LEONARD K. CARROLL

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE: (717) 780-6800
FAX (717) 558-8825

August 16, 2002

RECEIVED
AUG 20
345966

Mr. Frank Lavery
Lavery, Faherty, Young & Patterson, P.C.
225 Market Street, Suite 304
PO Box 1245
Harrisburg, PA 17108-1245

RE: Lewis, C. v. Dauphin Co., et al. Civil No. 1:CV-00-0436
Your File No: 345-000966

Dear Mr. Lavery:

After review of the pretrial conference and court dates in the above referenced matter, it was discovered that I will be out of town attending two mandatory trainings beginning October 9. I will not be returning to the Harrisburg area until late on October 16, 2002. Both trainings I am scheduled to attend have non-refundable reservations.

Also, Lt. Hohney's grandson will be graduating from the United States Marine Corps at Paris Island that same week. Lt. Hohney has also already made non-refundable reservations in order to attend this very important ceremony for his grandson and will be unavailable October 9 through October 12, 2002.

We would like to request a postponement of these proceedings until after October 16, 2002. Your help in this matter would be greatly appreciated.

Sincerely yours,

Dominick L. DeRose
Warden

Copy: Administration