IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CHRISTOPHER LEWIS,** : CIVIL ACTION NO. 1:CV-00-0436

Plaintiff :

v. :

**DOMINIK DEROSE,** *et al.,* :

Defendants :



FILED
AUG 3 0 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

## O R D E R

Before the court is a letter request from defense counsel for a two day continuance of the jury selection date in the captioned action. Upon consideration thereof, **IT IS HEREBY ORDERED THAT:**

1) Jury selection is continued from October 15, 2002, to October 17, 2002 at 1:30 p.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) Counsel are advised that this court presently has two criminal jury selections on October 15, 2002. If either of those cases goes to trial, it is possible that the October 17, 2002 jury selection will be continued.

SYLVIA H. RAMBO
United States District Judge

Dated: August 30, 2002.