

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER LEWIS,** | CIVIL ACTION NO. 1:CV-00-0436 |
| Plaintiff | |
| v. | |
| **DOMINIK DEROSE,** *et al.*, | |
| Defendants | |

FILED
HARRISBURG, PA
SEP 6 2002
MARY E. D'ANDREA, CLERK
Per ___

### ORDER

**IT IS HEREBY ORDERED THAT** the pretrial conference in the captioned action is moved from October 4, 2002, to **Thursday, October 3, 2002, at 11:00 a.m.** in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

SYLVIA H. RAMBO
United States District Judge

Dated: September 6, 2002.