(105)
10-3-02

Lewis v. DeRose, et al.                                      TIME: 11:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MINUTES OF CONFERENCE**

CASE No. **1:CV-00-0436**

DATE    October 3, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference    Pretrial Conference

Time Commenced    11:00        Time Terminated    12:00

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Don Bailey | | Frank J. Lavery Jr. |
| | | James D. Young |

**REMARKS**

Can settle but P needs to resign from employment w/ defendant

P to identify incidents 1 yr prior to Apr. 2, 1999 incident

No post incident — incidents to be admitted

P to supply voir dire



FILED
OCT 03 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK