# Bailey, Stretton & Ostrowski

4311 N. Sixth Street
Harrisburg, Pennsylvaina 17110
(717) 221-9500   Fax: (717) 221-9600
dbailey@pa.net

107
10/17/02

October 15, 2002

*Via Fax/U.S. Mail: 221-3968*

Honorable Sylvia Rambo
U.S. District Courthouse
228 Walnut Street
Harrisburg, PA 17108



FILED
OCT 15 2002
PER_____
HARRISBURG, PA.  DEPUTY CLERK

In Re: Lewis v. DeRose et al
1:CV-00-0436

Dear Judge Rambo:

Plaintiff is pleased to inform the Court that the above referenced matter has been settled to the satisfaction of all parties. Would the Court kindly enter an appropriate order. This notification is made with the concurrence of defense counsel.

Sincerely,

Don Bailey

DB:alb
Cc: Frank Lavery Esq.

West Chester Office:
P.O. Box 3231
301 S. High Street
West Chester, PA 19381-3231
(610) 696-4243

Philadelphia Office:
The Benjamin Franklin House
Suite 200
834 Chestnut Street
Philadelphia, PA 19107
(215) 627-8653

Greensburg Office:
114 S. Main Street
Greensburg, PA 15601
(724) 836-5334