IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CHRISTOPHER LEWIS,** : CIVIL ACTION NO. 1:CV-00-0436

    Plaintiff :

v. :

**DOMINICK DEROSE,** *et al.*, :

    Defendants :

<u>**O R D E R**</u>

FILED
OCT 1 7 2002
PER _____
HARRISBURG, DEPUTY CLERK

    Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

SYLVIA H. RAMBO
United States District Judge

Dated: October 17, 2002.